**Ronald A. BERG, Relator,**

v.

**BAYPORT PRINTING HOUSE, INC., and Westfield Companies, Respondents.**

**No. C9–01–1355.**

Supreme Court of Minnesota.

Oct. 25, 2001.

Charles M. Cochrane, Roseville, for relator.

Susan M. Pasch, Cousineau, McGuire & Anderson, Minneapolis, for respondents.

ORDER

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed June 14, 2001, be, and the same is, affirmed without opinion.

*See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT:
/s/ Paul H. Anderson,
Associate Justice.